IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PROGRESSIVE HAWAII INS. CORP. ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:12-cv-00574 |
| ) | |
| ) | |
| NAKIA DAVIS, et al. ) | |
| Defendant ) | |

# ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on NOVEMBER 5, 2012;

that the summons and complaint were duly served upon the defendant, ESTATE OF JUSTIN WALKER

_____, and no answer or other pleading has been filed by said defendant as required

by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant,

ESTATE OF JUSTIN WALKER, as provided in Rule 55(a), Federal Rules of Civil

Procedure.

Debra C. Poplin, CLERK

By s/ A. Foster
Deputy Clerk